UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America,

v().

Jesse Climer,

Defendant.

Case No. 2:20-cr-17(6)

Judge Michael H. Watson

## ORDER

Jesse Climer ("Defendant") moves this Court for an order allowing him to "receive necessary medical care." ECF No. 230. Defendant explains that prior to his arrest he was seriously injured, and he now requires medical care including a CT scan. *Id.* at 1. The United States Marshal's Office has informed the Court that a CT scan is scheduled and a follow up appointment with a Neurosurgeon is approved for Defendant. Accordingly, Defendant's motion is **DENIED AS MOOT**. The Clerk is **DIRECTED** to terminate ECF No. 230.

IT IS SO ORDERED.

*/s/ Michael H. Watson*
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT