**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

United States of America,

v.  Case No. 2:20-cr-17(6)

Jesse Climer,  Judge Michael H. Watson

**ORDER**

There being no objections, and upon review of the Second Superseding Indictment, Plea Agreement, and Report and Recommendation of the Magistrate Judge ("R&R") the Court hereby adopts the R&R, ECF No. 336.  The Court accepts Defendant's plea of guilty to Counts 3 and 4 of the Second Superseding Indictment, and he is hereby adjudged guilty on those counts.  The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

IT IS SO ORDERED.

_____
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT